# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: CARMEN CHAPPELL  
      1457 ROSEWOOD DR  
      MONTGOMERY, AL 36111

CASE NO: 15-33561-DHW

Soc. Sec. No. XXX-XX-0450  
      Debtor.

## INCOME WITHHOLDING ORDER

TO: STERLING JEWELERS  
      375 GHENT ROAD  
      AKRON, OH 44333

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that STERLING JEWELERS withhold from the wages, earnings, or other income of this debtor the sum of **$74.00 BI-WEEKLY** and remit all such funds withheld to:

      **CURTIS C REDING, CHAPTER 13 TRUSTEE**  
      **15-33561-DHW CARMEN CHAPPELL**  
      **P O BOX 613108**  
      **MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, January 22, 2016 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge